**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 13-1612

---

SAMUEL LYNN HARRISON,

Plaintiff - Appellant,

v.

CITY OF DURHAM; CITY OF DURHAM EMPLOYEES; FBI/DOJ, All of their Employees and Educators; EEOC, All of their Employees and Educators; NORMENT SECURITY GROUP; CORMETECH, INC.; DOUG MCNAY; CAE USA, INC.; DARREN UGLESS; LOCKHEED MARTIN; NC DOT, Traffic Engineering Division; WALMART, Lumberton, NC; GOSHEN RUBBER, INC., (GNC) Wilson, NC; ROBESON COMMUNITY COLLEGE, Lumberton, NC; LUMBERTON SENIOR HIGH SCHOOL, Lumberton, NC; CSC - LAWYERS INCORPORATING SERVICE COMPANY,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever, III, Chief District Judge.  (5:13-cv-00082-D)

---

Submitted:  July 18, 2013              Decided:  July 22, 2013

---

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Samuel Lynn Harrison, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel Lynn Harrison appeals the district court's order dismissing his amended complaint as frivolous. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Harrison v. City of Durham, No. 5:13-cv-00082-D (E.D.N.C. Apr. 22, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2